

IT IS ORDERED

Date Entered on Docket: March 7, 2018

_____
The Honorable Robert H Jacobvitz
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:

LUCY'S LTD.,

                No. 11-17-11544JR

    Debtor,

PHILLIPS LICENSE CORPORATION III,

    Movant.

<u>ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT
BY DEFAULT</u>

This matter came before the Court on PHILLIPS LICENSE CORPORATION III ("Movant's") Motion to Compel Acceptance or Rejection of Executory Contract and Motion for Relief From Stay and Abandonment filed on January 12, 2018 (the "Motion"). Pursuant to Bankruptcy Rules 9014 and 4001(a), a Notice of Deadline For Filing

Objections To Motion to Compel Acceptance or Rejection of Executory Contract and Motion for Relief From Stay and Abandonment was mailed on January 12, 2018 to the Debtors, their attorney, the US Trustee and the creditors on the List of Creditors Who Have the 20 Largest Unsecured Claims along with a copy of the Motion (to the Debtors, their attorney, the US Trustee) requiring that an objection be filed with the court and served on attorney for Movant on or before February 5, 2018.  The Notice was served in the manner prescribed by Bankruptcy Rule 7004 and no objection or other responsive pleading has been filed by the Debtors, their attorney, the US Trustee or any of the Creditors on the List of Creditors Who Have the 20 Largest Unsecured Claims.

Creditor did not conduct a search of the Department of Defense Manpower Data Center because the Debtor is a corporation.

THE COURT FINDS AND ORDERS that the Motion to Compel Acceptance or Rejection of Executory Contract and Motion for Relief From Stay and Abandonment filed by Movant on January 12, 2018 in this case is well taken, the motion is granted, the lease is deemed rejected, the automatic stay is terminated as to New Mexico Liquor License No. 2758 (the "Liquor License") which is the subject of Creditor's motion and the Liquor License is deemed abandoned by the Estate. Movant may proceed with its legal remedies as to the Liquor License pursuant to the lease and applicable law.

The Court further orders that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this order granting relief from the automatic stay.

###END OF ORDER###

**SUBMITTED BY:**

LAW OFFICES OF
ALLAN L. WAINWRIGHT, P.A.


By /s/submitted by e-mail
  Allan L. Wainwright
  Attorney for Movant
  800 Lomas NW, Suite 100
  Albuquerque, New Mexico  87102
  842-1313


**Copy to:**

Gerald Velarde
Attorney for Debtor
2531 Wyoming Blvd. NE
Albuquerque, NM 87112

US Trustee
PO Box 608
Albuquerque, NM  87103-0608

Lucy's Ltd.
701 S. Canal Street
Carlsbad, NM  88220